

2003 DEC 30 P 12: 16

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHARLES BURKE** *Plaintiff* | : | CIVIL ACTION NO.. |
| v. | : | 3:03CV87 (SRU) |
| **JOHN J. DUPONT, JOHN EGAN**: *Defendants* | : | DECEMBER 23, 2003 |

### MOTION FOR ENLARGEMENT
### OF SCHEDULING ORDER DEADLINE

Pursuant to Fed. R. Civ. P. 16 (b) and Rule 9(b) of the Local Rules of Civil Procedure, the defendants John J. Dupont and John Egan, hereby respectfully move that the deadlines set forth in the Court's Scheduling Order for the completion of discovery be enlarged from December 30, 2003 until February 28, 2004 for all parties.

In support of this motion the defendants submit that written discovery has been commenced, however, more time is needed to adequately and appropriately complete all discovery. This is the defendants' first request to enlarge the discovery deadline. The undersigned counsel has consulted with counsel for the plaintiff and he has no objection to this request.

WHEREFORE, the defendants respectfully request that this motion be granted.

                    Defendants, John J. Dupont and
                    John Egan

BY: _____
        Andrew M. Dewey
        Baio & Associates, P.C.
        15 Elm Street
        Rocky Hill, CT 06067
        Tel: 860-571-8880
        Fax: 860-571-8853
        Federal Bar No. ct07152
        Their Attorney

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 23rd day of December 2003 to all counsel of record as follows:

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

                        _____
                              Andrew M. Dewey