03CV87MEXTIME
FILED

14

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHARLES BURKE,
*Plaintiff*

vs.

JOHN J. DUPONT, JOHN EAGAN,
*Defendants*

CIVIL ACTION NO. 3:03CV87 (SRU)

DECEMBER 22, 2003

ORDERED ACCORDINGLY.
Kevin F. Rowe, Clerk
By: _____
Deputy Clerk

## MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER DISCOVERY REQUESTS

The plaintiff in the above-entitled action requests an enlargement of time within which to answer discovery requests in this matter for an additional thirty (30) days until January 24, 2004, and represents in support thereof:

1. Attorney Andrew M. Dewey, defendants' counsel, consents to this extension of time.

2. This extension is necessary to review voluminous materials required to respond to said discovery requests and due to the holidays, review and acquisition of said material has been delayed.

3. This is the plaintiff's first request for enlargement of time.

WHEREFORE, plaintiffs request that an enlargement of time in this matter be granted until January 24, 2004.

THE PLAINTIFF-CHARLES BURKE

By: _____
Jon L. Schoenhorn
Schoenhorn & Associates
His Attorneys
97 Oak Street
Hartford, CT 06016
Tel. No. (860) 278-3500
Fed. Bar No. ct00119