#15

03CV87 MEXTIME
FILED

2003 DEC 30 P 12: 16

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHARLES BURKE**<br>*Plaintiff* | : | **CIVIL ACTION NO..** |
| v. | : | **3:03CV87 (SRU)** |
| **JOHN J. DUPONT, JOHN EGAN** :<br>*Defendants* | : | **DECEMBER 23, 2003** |

### MOTION FOR ENLARGEMENT
### OF SCHEDULING ORDER DEADLINE

Pursuant to Fed. R. Civ. P. 16 (b) and Rule 9(b) of the Local Rules of Civil Procedure, the defendants John J. Dupont and John Egan, hereby respectfully move that the deadlines set forth in the Court's Scheduling Order for the completion of discovery be enlarged from December 30, 2003 until February 28, 2004 for all parties.

In support of this motion the defendants submit that written discovery has been commenced, however, more time is needed to adequately and appropriately complete all discovery. This is the defendants' first request to enlarge the discovery deadline. The undersigned counsel has consulted with counsel for the plaintiff and he has no objection to this request.

WHEREFORE, the defendants respectfully request that this motion be granted.

Motion Granted.
Discovery cutoff date February 28, 2004
Dispositive Motions Due by March 31, 2004
SO ORDERED
1/5/04
Stefan R. Underhill, U.S.D.J.

1
**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580