

FILED

2004 FEB -4 P 2: 08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHARLES BURKE**<br>*Plaintiff* | : | CIVIL ACTION NO.. |
| v. | : | 3:03CV87 (SRU) |
| **JOHN J. DUPONT, JOHN EGAN**<br>*Defendants* | : | FEBRUARY 4, 2004 |

## MOTION FOR ENLARGEMENT
## OF SCHEDULING ORDER DEADLINE

Pursuant to Fed. R. Civ. P. 16 (b) and Rule 7 of the Local Rules of Civil Procedure, the defendants John J. Dupont and John Egan, hereby respectfully move that the deadlines set forth in the Court's Scheduling Order for the completion of discovery be enlarged from February 28, 2004 to March 28, 2004 and that the dispositive motion deadline be enlarged from March 31, 2004 to April 30, 2004.

In support of this motion the defendants submit that written discovery has been commenced, however, both the undersigned counsel and plaintiff's counsel agree that more time is needed to adequately and appropriately complete all discovery. This is the defendants' second request to enlarge the discovery deadline, however the undersigned counsel consulted with counsel for the plaintiff, John L. Schoenhorn, on January 27, 2004 and he consents to this request.

WHEREFORE, the defendants respectfully request that this motion be granted.

                Defendants, John J. Dupont and
                John Egan


BY: _____
      Andrew M. Dewey
      Baio & Associates, P.C.
      15 Elm Street
      Rocky Hill, CT 06067
      Tel: 860-571-8880
      Fax: 860-571-8853
      Federal Bar No. ct07152
      Their Attorney

### CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of February, 2004 to all counsel of record as follows:

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

_____
Andrew M. Dewey