FILED

2004 FEB -4  P 2:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES BURKE<br>*Plaintiff* | : | CIVIL ACTION NO.. |
| v. | : | 3:3CV87 (SRU) |
| JOHN J. DUPONT, JOHN EAGAN<br>*Defendants* | : | FEBRUARY 4, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, John Egan, moves pursuant to Local Rule 7 for an enlargement of time to March 8, 2004 in order to properly and adequately respond to the plaintiff's First Set of Interrogatories and Requests for Production dated January 8, 2004.

On January 27, 2004 the undersigned counsel was advised that counsel for the plaintiff Jon L. Schoenhorn has no objection to this Motion for Enlargement of Time. There have been no prior requests for enlargement of time with respect to these interrogatories and requests for production.

WHEREFORE, counsel respectfully moves for an enlargement of time to properly and adequately respond to plaintiff's First Set of Interrogatories and Requests for Production to March 8, 2004.

Respectfully submitted,
Defendant, John Egan

BY: /s/ Andrew M. Dewey
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Telephone: 860-571-8880
Facsimile: 860-571-8853
Federal Bar No. ct07152
His Attorney

### **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 4th day of February, 2004 to all counsel of record as follows:

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/ Andrew M. Dewey
Andrew M. Dewey