FILED

2004 FEB -4 P 2:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

03CV87 M EXT TIME DIS

| | | |
|---|---|---|
| **CHARLES BURKE** | : | CIVIL ACTION NO.. |
| *Plaintiff* | : | |
| | : | |
| v. | : | 3:03CV87 (SRU) |
| | : | |
| **JOHN J. DUPONT, JOHN EGAN** | : | |
| *Defendants* | : | FEBRUARY 4, 2004 |

**MOTION FOR ENLARGEMENT
OF SCHEDULING ORDER DEADLINE**

Pursuant to Fed. R. Civ. P. 16 (b) and Rule 7 of the Local Rules of Civil Procedure, the defendants John J. Dupont and John Egan, hereby respectfully move that the deadlines set forth in the Court's Scheduling Order for the completion of discovery be enlarged from February 28, 2004 to March 28, 2004 and that the dispositive motion deadline be enlarged from March 31, 2004 to April 30, 2004.

In support of this motion the defendants submit that written discovery has been commenced, however, both the undersigned counsel and plaintiff's counsel agree that more time is needed to adequately and appropriately complete all discovery. This is the defendants' second request to enlarge the discovery deadline, however the undersigned counsel consulted with counsel for the plaintiff, John L. Schoenhorn, on January 27, 2004 and he consents to this request.

WHEREFORE, the defendants respectfully request that this motion be granted.

Motion Granted.
Discovery cutoff date March 28, 2004
Dispositive Motions due by April 30, 2004
SO ORDERED
2/5/04
Stefan R. Underhill, U.S.D.J.

1
**LAW OFFICES OF BAIO & ASSOCIATES, P.C.**
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580