*20*

*Denied as moot. So ordered.*

FILED

2004 FEB -4 P 2:08

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*03CV87 M ExTIME*

| | |
|---|---|
| CHARLES BURKE<br>*Plaintiff* | :<br>: CIVIL ACTION NO.. |
| v. | : 3:3CV87 (SRU) |
| JOHN J. DUPONT, JOHN EAGAN<br>*Defendants* | :<br>: FEBRUARY 4, 2004 |

## MOTION FOR ENLARGEMENT OF TIME

The defendant, John Egan, moves pursuant to Local Rule 7 for an enlargement of time to March 8, 2004 in order to properly and adequately respond to the plaintiff's First Set of Interrogatories and Requests for Production dated January 8, 2004.

On January 27, 2004 the undersigned counsel was advised that counsel for the plaintiff Jon L. Schoenhorn has no objection to this Motion for Enlargement of Time. There have been no prior requests for enlargement of time with respect to these interrogatories and requests for production.

WHEREFORE, counsel respectfully moves for an enlargement of time to properly and adequately respond to plaintiff's First Set of Interrogatories and Requests for Production to March 8, 2004.

1

LAW OFFICES OF BAIO & ASSOCIATES, P.C.
15 Elm Street, Rocky Hill, CT 06067 ~ Telephone (860) 571-8880 ~ Facsimile (860) 571-8853 ~ Juris# 416580