UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

CHARLES BURKE,
    Plaintiff

vs.

JOHN J. DUPONT, JOHN EAGAN
    Defendants

2004 MAY 12 A CV 32

U.S. DISTRICT COURT (SRU)
BRIDGEPORT, CONN

May 21, 2004

## MOTION TO WITHDRAW APPEARANCE AS COUNSEL FOR PLAINTIFF

The undersigned counsel for the plaintiff Charles Burke, hereby moves for permission to withdraw his appearance. In support hereof, the undersigned states as follows:

1. I filed my appearance as an associate attorney with Jon L. Schoenhorn & Associates, the firm retained by the plaintiff.

2. On January 2, 2004, I opened my own practice in Gales Ferry, Connecticut, and have not been an associate of Jon L. Schoenhorn since. Nor have I had any involvement in this matter since.

WHEREFORE, the undersigned requests that this motion be granted.

THE PLAINTIFF,

By _____
T.J. Morelli-Wolfe
Fed. Bar No. ct22688
Law Office of T.J. MORELLI-WOLFE, P.C.
1663 Route 12
P.O. Box 413
Gales Ferry, CT 06335
Tel. (860) 464-6000
Fax. (860) 464-6003

## CERTIFICATION

      I hereby certify that a copy of the foregoing was mailed, postage prepaid, on the date of this pleading to the following counsel and party of record:

Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

Law Office of Baio & Associates, PC
15 Elm Street
Rocky Hill, CT 06067

Charles Burke
99 Tolland Street
East Hartford, CT 06108

By _____
T.J. Morelli-Wolfe