UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2004 JUN 14 A 8: 53

U.S. DISTRICT COURT
BRIDGEPORT, CONN

CHARLES BURKE

v.

JOHN J. DUPONT, ET AL.

: Civil Action No.
: 3:03cv87 (SRU)

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___ A ruling on the following motions which are currently pending: (orefm.)

_X_ A settlement conference (orefmisc./cnf)

___ A conference to discuss the following: (orefmisc./cnf) _____

___ Other: (orefmisc./misc) _____

SO ORDERED this _11th_ day of _June_ 2004, at Bridgeport, Connecticut.

Stefan R. Underhill
United States District Judge