**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

CHARLES BURKE
    *Plaintiff*              :       CIVIL ACTION NO..
                           :
v.                       :       3:03CV87 (SRU)
                           :
JOHN J. DUPONT, JOHN EAGAN   :
    *Defendants*         :       JUNE 10, 2004

### MOTION FOR ENLARGEMENT OF TIME
### RE: PRETRIAL ORDER

      Pursuant to Fed.R. Civ. P. 16 and Rules 7 and 16 of the Local Rules of Civil

Procedure, the undersigned counsel, on behalf of the defendants, John J. Dupont and John

Egan, hereby respectfully moves that the deadline of June 25, 2004 for the filing of the joint

pretrial memorandum as set for the in Court's Pretrial Order dated May 19, 2004 be

enlarged until after the settlement conference has been completed in this matter.  In further

support of this motion, the undersigned represents the following:

        1.  On June 10, 2004 the undersigned counsel spoke with plaintiff's
            counsel, John L. Schoenhorn,  via the telephone and he indicated that
            he joins in this motion and also requests that it be granted;

        2.  A joint request for a settlement conference was made on June 10,
            2004 by counsel and it is the understanding of the undersigned
            counsel that this matter will be referred to U.S. Magistrate Judge
            William I. Garfinkle for that purpose; and

3.  Both the undersigned counsel and Attorney Schoenhorn are in agreement that if the Court requires the completion of the joint pretrial memorandum prior to the settlement conference, the case is less likely to be settled due to the litigation costs that will have to be incurred by the parties in complying with the Pretrial Order.

WHEREFORE, for all of these reasons, the defendants with the consent of the plaintiff respectfully request that this motion be granted.

Respectfully submitted,
Defendants, John J. Dupont and John Egan

BY:_____
    Andrew M. Dewey
    Baio & Associates, P.C.
    15 Elm Street
    Rocky Hill, CT 06067
    Telephone: 860-571-8880
    Facsimile: 860-571-8853
    Federal Bar No. ct07152
    Their Attorney
    Email address  adewey@baiolaw.com

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via facsimile to (860) 278-6393 and mailed, postage prepaid, on June 10, 2004 to all counsel of record as follows:

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

_____
Andrew M. Dewey