2004 NOV 10 P 1:01

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHARLES BURKE<br>*Plaintiff* | : CIVIL ACTION NO..<br>:<br>: |
| v. | : 3:03CV87 (SRU)<br>:<br>: |
| JOHN J. DUPONT, JOHN EAGAN<br>*Defendants* | :<br>: NOVEMBER 9, 2004 |

### MOTION FOR ENLARGEMENT OF TIME
### RE: TRIAL CALENDAR CALL AND PRE-TRIAL ORDER AND REQUEST FOR SETTLEMENT CONFERENCE

The undersigned counsel, on behalf of the defendants, John J. Dupont and John Egan, hereby request that this matter be scheduled for another settlement conference. The parties previously had a settlement conference on October 12, 2004 with Magistrate Judge William I. Garfinkel and progress was made. Plaintiff's counsel Jon L. Schoenhorn has informed the undersigned that he joins in this request.

Pursuant to Fed.R. Civ. P. 16 and Rules 7 and 16 of the Local Rules of Civil Procedure, the undersigned counsel, on behalf of the defendants, John J. Dupont and John Egan, also hereby respectfully moves that the deadline of November 13, 2004 for the filing of the joint pretrial memorandum as set forth in the Court's Pretrial Order dated November 5, 2004 and that the Trial Calendar Call scheduled for November 17, 2004 be continued

until the settlement conference is completed. Plaintiff's counsel also consents to this request. In further support of this motion, the undersigned represents the following:

1. The case is less likely to be settled at the settlement conference if litigation costs have to be incurred by the parties in complying with the Pretrial Order prior to the settlement conference;

2. Although the Pretrial Order was issued on November 5, 2004, it was not received by the undersigned counsel via email until November 9, 2004;

3. The undersigned counsel will be out of the office on November 11, 2004 and November 12, 2004 due to vacation days that were already planned so more time would be required to complete the joint trial memorandum with plaintiff's counsel even if the parties were not amenable to further settlement discussions.

WHEREFORE, for all of these reasons, the defendants, with the consent of the plaintiff, respectfully request that the settlement conference be scheduled and that the motion for enlargement of time be granted.

Respectfully submitted,
Defendants, John J. Dupont and John Egan

BY: /s/ Andrew M. Dewey
Andrew M. Dewey
Baio & Associates, P.C.
15 Elm Street
Rocky Hill, CT 06067
Telephone: 860-571-8880
Facsimile: 860-571-8853
Federal Bar No. ct07152
Their Attorney
Email: adewey@baiolaw.com

**CERTIFICATION**

This is to certify that a copy of the foregoing has been sent via facsimile to (860) 278-6393 and mailed, postage prepaid, on November 9, 2004 to all counsel of record as follows:

Jon L. Schoenhorn, Esquire
Jon L. Schoenhorn & Associates
97 Oak Street
Hartford, CT 06106

/s/ Andrew M. Dewey
Andrew M. Dewey