UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES BURKE | : | |
| | : | |
| v. | : | 3:03cv87 (SRU) |
| | : | |
| JOHN J. DUPONT, ET AL. | : | |

## SCHEDULING ORDER

As discussed during Calendar Call held on November 17, 2004, this case shall proceed as follows:

1. Jury Selection shall be held on **April 1, 2005**.

2. Jury trial shall begin on **May 2, 2005.**

3. The Joint Pretrial Memorandum shall be due on **March 31, 2005**.

It is so ordered.

Dated at Bridgeport this 17th day of November 2004.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge