UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

CHARLES BURKE

V.                               Case Number: 3:03cv87 (SRU)

JOHN J. DUPONT, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>March 21, 2005</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on April 20, 2005 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, March 21, 2005.


KEVIN F. ROWE, CLERK

By: <u>/s/ Alice Montz</u>
    Alice Montz
    Deputy Clerk