UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHARLES BURKE | : | |
|     Plaintiff | : | |
| | : | CASE NUMBER: |
| v. | : | 3:03CV87 (SRU) |
| | : | |
| JOHN J. DUPONT, JOHN EAGAN | : | |
|     Defendants | : | MARCH 21, 2005 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 41, the Plaintiff Charles Burke, through his attorney, Jon Schoenhorn, and the Defendants John J. Dupont and John Egan, through their attorney, Andrew M. Dewey, hereby stipulate that all of the claims of the Plaintiff in the above-entitled action shall be dismissed as to said defendants, with prejudice, and without costs as to any of the parties, subject to the approval of the Court.

                                      Plaintiff Charles Burke

Dated: _____                  BY:_____
                                                    Jon L. Schoenhorn
                                                    Jon L. Schoenhorn & Associates
                                                    97 Oak Street
                                                    Hartford, CT 06106
                                                    Telephone No. (860) 278-3500
                                                    Fax: (860) 278-6393
                                                    Federal Bar No. ct00119
                                                    His Attorney

                                    Defendants John J. Dupont and John Egan

Dated: _____                  BY:_____
                                                    Andrew M. Dewey
                                                    Baio & Associates, P.C.
                                                    15 Elm Street
                                                    Rocky Hill, CT 06067
                                                    Tele No. (860) 571-8880
                                                    Fax: (860) 571-8853
                                                    Federal Bar No. ct07152
                                                    E-Mail: adewey@baiolaw.com
                                                    Their Attorney